CC

FILED

08 JAN 14 AM 11:25

BY: DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**Adan SALAZAR-Hernandez,**
AKA: Carlos Enrique PORTILLO-Quiroz

Defendant

Magistrate Docket No. 08 MJ 0 1 0 0

COMPLAINT FOR VIOLATION OF:

Title 8, U.S.C., Section 1326
Deported Alien Found in the
United States

The undersigned complainant, being duly sworn, states:

On or about **January 12, 2008** within the Southern District of California, defendant, **Adan SALAZAR-Hernandez,** AKA: Carlos Enrique PORTILLO-Quiroz, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **14th** DAY OF **JANUARY 2008.**

Nita L. Stormes
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Adan SALAZAR-Hernandez**
**AKA: Carlos Enrique PORTILLO-Quiroz**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On January 12, 2008, Border Patrol Agent G. Ioannidis was assigned line-watch duties in the Imperial Beach area of operations. At approximately 2:20 a.m., an east scope National Guard operator reported an illegal alien entry in an area known as "The 57 Wash". This area is located approximately 300 yards north of the United States/Mexico International Border, and two miles west of the San Ysidro, California Port of Entry.

Agent Ioannidis responded to the report and upon reaching the area he conducted a brief search and observed five individuals running on a northerly course through the brush. Agent Ioannidis identified himself as a United States Border Patrol Agent and ordered the individuals to stop. As Agent Ioannidis attempted to restrain the individuals from absconding, he toppled over a concrete embankment resulting in him falling on the three individuals. Agent Ioannidis then questioned the individuals as to their citizenship and immigration status. All three individuals, including one later identified as **Adan SALAZAR-Hernandez** AKA: Carlos Enrique PORTILLO-Quiroz admitted to being citizens and nationals of Mexico not in possession of any immigration documents which would allow them to enter or remain in the United States legally. All individuals, including SALAZAR, were placed under arrest and transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **August 27, 2004** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights and stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted to being a citizen and national of Mexico, and that he is present without immigration documents that would allow him to enter or remain in the United States legally

**Executed on January 13, 2008 at 9:30 a.m.**

Terri L. Dimolios
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of **two** page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **January 12, 2008,** in violation of Title **8**, United States Code, Section **1326**.

Nita L. Stormes
United States Magistrate Judge

1-13-08 @ 12:00 pm
Date/Time